STATE OF MAINE
YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. *RE-03-044*
GAR- YOR- 7/15/2003

PATRICIA SHRADER-MILLER,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF JOHN W. MILLER

        Plaintiff

        vs.

JOHN F. MILLER and
NORMA F. MILLER

        Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)

ORDER

DONALD L. GARBRECHT
LAW LIBRARY

AUG 5 2003

*T. R. O.*

After consideration of the Plaintiff's Motion for ~~Preliminary Injunction~~ and any objection thereto, the Plaintiff has met the four factors for granting relief as enumerated in <u>Ingraham v. University of Maine</u>, 441 A.2d 691 (Me. 1982) and the Motion is hereby Granted without the requirement of a bond.

It is hereby ORDERED:

1.     The Defendants are prohibited from entering upon the Property located at 22 Rocky Hill Lane, Ogunquit, Maine, for any purpose except as specifically set forth herein;

~~2.    Within 10 days from the date of this Order, the Defendants are hereby Ordered to restore the Property to the condition it was in prior to the destruction of the lawn, shrubs, bushes or trees.~~

~~3.    Defendants are liable to Plaintiff for all costs associated with restoring the property and with this action, including reasonable attorneys fees. Plaintiff shall submit affidavit for costs and attorneys fees within 14 days of the date of this~~ Order.

4.     The claims for common law and statutory trespass shall be subject to adjudication in accordance with the Scheduling Order issued in this case. *Also, issues relating to the restoration of the property will be deferred until final adjudication.*

This Order shall be incorporated upon the civil docket.

Dated: _____, 2003

7/15/03 _____
                    Justice, Superior Court


PLAINTIFFS:     Susan Driscoll  Esq
                BERGEN AND PARKINSON
                62 Portland Rd  Post Road Center
                Kennebunk Me 04043


DEFENDANT:      Nicholas Strater    Esq.
                STRATER & STRATER
                PO Box 69
                York  Me 03909-0069